IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FROILAN CUEVAS,<br><br>　　　　　Defendant. | 8:13CR244<br><br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue sentencing (filing 240) is granted.

2. Defendant Froilan Cuevas' sentencing is continued to Friday, July 11, 2014, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 14th day of April, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge